IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN A. VASSEN,

      Petitioner,

-vs-

UNITED STATES OF AMERICA,

      Respondent.                  No. 15-cv-243-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 5, 2015 (Doc. 18), the Court **DENIES** the petition to vacate, set aside or correct sentence by a person in federal custody. The Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT


                                  BY:  *s/Caitlin Fischer*
                                            **Deputy Clerk**

Dated: October 5, 2015

Digitally signed by David R. Herndon
Date: 2015.10.05 15:58:04 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT